UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO AMADOR GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>DR. SCHARFFENBERG et al.,<br><br>Defendants. | No. 1:16-cv-01675-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 84) |

Plaintiff Mario Gonzalez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 3, 2018, the assigned magistrate judge re-screened plaintiff's second amended complaint, recognizing that a recent Ninth Circuit opinion, *Williams v. King*, 875 F.3d 500 (9th Cir. 2017), held that 28 U.S.C. § 636(c)(1) requires the consent of all named plaintiffs and defendants, even those not served with process, before jurisdiction may vest in a magistrate judge to dispose of a civil case. (Doc. No. 84.) Concurrently, the magistrate judge issued findings and recommendations recommending that defendants Edmund G. Brown Jr., Kelly Harrington, and J. Beard/Scott Kernan be dismissed from this action due to plaintiffs' failure to state a claim against them. (*Id.* at 7.) The parties were provided an opportunity to file objections to the findings and

1

recommendations within fourteen days.  No objections were filed and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued by the magistrate judge on January 3, 2018 (Doc. No. 84) are adopted in full;
2. Defendants Edmund G. Brown Jr., Kelly Harrington, and J. Beard/Scott Kernan are dismissed from this action for plaintiff's failure to state a claim;
3. This action proceeds solely on plaintiff's Eighth Amendment claims against defendants R.N. Soto and Dr. Scharffenberg for deliberate indifference to serious medical needs; and
4. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **February 1, 2018**

UNITED STATES DISTRICT JUDGE