UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO AMADOR GONZALEZ, <br><br> Plaintiff, <br><br> v. <br><br> DR. SCHARFFENBERG and R.N. S. SOTO, <br><br> Defendants. | Case No. 1:16-cv-01675-DAD-EPG (PC) <br><br> ORDER RE: PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS |

Mario Gonzalez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On January 31, 2018, the Court directed the United States Marshals Service to serve Plaintiff's subpoena, which was directed at Mercy Hospital. (ECF No. 93). On February 20, 2018, service was returned executed. (ECF No. 99). According to the USM-285 form, service was executed on February 6, 2018. (Id.).

On March 19, 2018, Plaintiff filed a notice of change of address. (ECF No. 101). The notice is dated March 11, 2018, but it is unclear when Plaintiff was transferred.

As it is unclear whether Plaintiff was transferred before receiving a response to the subpoena, the Court notes that while the subpoena commanded production at CSP-Los Angeles County, production at Plaintiff's new address (Kern Valley State Prison (5104), P.O. Box 5104, Delano, CA 93216-5104) will also be sufficient.

Additionally, IT IS ORDERED that the Clerk of Court is directed to send a copy of this order to: Mercy Hospital Bakersfield, 2215 Truxtin Avenue, Bakersfield, CA 93301.

IT IS SO ORDERED.

Dated: __**March 21, 2018**__          /s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE