UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO AMADOR GONZALEZ, <br><br> Plaintiff, <br><br> v. <br><br> DR. SCHARFFENBERG and R.N. S. SOTO, <br><br> Defendants. | Case No. 1:16-cv-01675-DAD-EPG (PC) <br><br> ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER AND EXTEND THE EXPERT DISCLOSURE DEADLINE <br><br> (ECF NO. 105) |

On March 30, 2018, Defendants moved to extend the April 27, 2018 expert disclosure deadline. (ECF No. 105). Good cause appearing, IT IS ORDERED that the parties have until May 15, 2018, to complete expert disclosures.

IT IS SO ORDERED.

Dated: **April 3, 2018**           /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

1