UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO AMADOR GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. SCHARFFENBERG and R.N. S. SOTO,<br><br>　　　　Defendants. | Case No. 1:16-cv-01675-DAD-EPG (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT EVIDENCE IN RESPONSE TO DEFENDANTS' MOTION TO STRIKE |

Mario Gonzalez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 6, 2018, Defendants filed a motion to strike Plaintiff's objections to the Court's findings and recommendations. (ECF No. 109). According to Defendants, the objections should be stricken because they are improper and defamatory.

Under Local Rule 230(l), Plaintiff has twenty-one days after the date of service of Defendants' motion to file and serve his opposition to the motion.

IT IS ORDERED that, if Plaintiff chooses to file an opposition to Defendants' motion, Plaintiff shall file evidence that the Office of the Attorney General was involved in the denial of his medical care. Failure to file this evidence will result in the Court granting Defendants' motion to strike.
IT IS SO ORDERED.

Dated:　__**April 9, 2018**__　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1