UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO AMADOR GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>DR. SCHARFFENBERG and R.N. S. SOTO,<br><br>Defendants. | Case No. 1:16-cv-01675-DAD-EPG (PC)<br><br>NOTICE AND ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 116)<br><br>**As to Mario Amador Gonzalez, CDC # AG-7688** |

The proceeding in this action scheduled for June 5, 2018, at 10:30 a.m., has been continued. Thus, inmate, Mario Amador Gonzalez, CDC # AG-7688, is no longer needed by the Court at the aforementioned date and time, and the writ of habeas corpus *ad testificandum* as to this inmate, issued on May 7, 2018, (ECF No. 116), is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __**June 1, 2018**__      /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE