UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO AMADOR GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>DR. SCHARFFENBERG, et al.,<br><br>Defendants. | No. 1:16-cv-01675-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR PRELIMINARY INJUNCTION<br><br>(Doc. Nos. 109, 111) |

Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 9, 2018, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's request for a preliminary injunction be denied. (Doc No. 111.) Plaintiff was provided an opportunity to file objections to the findings and recommendations within twenty-one days of service of the same. The deadline for filing objections has passed, and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the undersigned concludes the findings and recommendations are supported by the record and proper analysis.

1

Given the foregoing:

1. The findings and recommendations issued on April 9, 2018 (Doc. No. 111) are adopted in full; and

2. Plaintiff's request for a preliminary injunction (Doc. No. 109) is denied.

IT IS SO ORDERED.

Dated: **July 18, 2018**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE