UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO AMADOR GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>DR. SCHARFFENBERG and R.N. S. SOTO,<br><br>    Defendants. | Case No. 1:16-cv-01675-DAD-EPG (PC)<br><br>NOTICE AND ORDER CONTINUING SETTLEMENT CONFERENCE AND DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(Docs. 121, 125)<br><br>**As to Mario Amador Gonzalez, CDC # AG-7688** |

  A continued settlement conference in this action is set for August 8, 2018, at 11:00 AM before the undersigned. (Doc. 121.) Pursuant to the Court's minute order entered June 1, 2018, the parties were required to submit updated confidential settlement statements to the Court no later than August 1, 2018. (*Id*.) While Defendants timely submitted their statement, no statement has been received from Plaintiff.

  This Court spends considerable time preparing for settlement conference so as to make it meaningful to the parties and increase the likelihood of settlement success. Settlement is extremely important in this district where the judges have one of the highest caseloads per judge in the United States and they are required in District Judge Drozd's cases. The settlement conference statement assists the Court in adequately preparing for these matters. They are not pro forma.

  In addition, upon review of Defendant's statement, it appears a settlement conference would not productive at this time. Under these circumstances, the Settlement Conference

1

currently set for August 8, 2018, is **CONTINUED to December 4, 2018, at 1:00 PM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.** The parties shall submit their updated confidential settlement conference statements to the Court **by no later than November 27, 2018**. **Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.**

Finally, because the proceeding in this action scheduled for August 8, 2018, at 11:00 AM has been continued, inmate, Mario Amador Gonzalez, CDC # AG-7688, is no longer needed by the Court at the aforementioned date and time. Accordingly, **the writ of habeas corpus *ad testificandum*** **as to this inmate, issued on July 5, 2018, (Doc. 125), is HEREBY DISCHARGED**.

IT IS SO ORDERED.

Dated: **August 3, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE