UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO AMADOR GONZALEZ,<br><br>  Plaintiff,<br><br>v.<br><br>DR. SCHARFFENBERG and R.N. S. SOTO,<br><br>  Defendants. | Case No. 1:16-cv-01675-DAD-EPG (PC)<br><br>ORDER SETTING HEARING REGARDING OUTSTANDING ISSUES<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER TO STANLEY SILVER |

Mario Gonzalez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 2, 2018, Plaintiff filed a letter indicating that he had retained attorney Stanley Silver to represent him in this case. (ECF No. 124). On September 4, 2018, Plaintiff filed a request for the Court to allow him to speak with his attorney via telephone or to have a hearing on the matter. (ECF No. 137).

Also pending is Defendants' motion for summary judgment, which was filed on June 25, 2018. (ECF No. 123). Plaintiff has still not opposed that motion.

The Court therefore sets a hearing to discuss the status of the case, in order to determine if Plaintiff is represented and to confirm whether Plaintiff intends to oppose the pending motion for summary judgment.

Additionally, the Court will send a copy of this order to Stanley Silver, so that he may

appear at the hearing and inform the Court whether he represents Plaintiff in this matter. If he does, and if he wants to have a confidential telephone conversation with Plaintiff, he may request such relief on the record at the hearing.

Accordingly, IT IS ORDERED that:

1. A status conference is set for September 24, 2018, at 1:30 PM, in Courtroom 10, before Magistrate Judge Erica P. Grosjean. To appear telephonically, each party is to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453;

2. Plaintiff shall make arrangements with staff at his institution of confinement for his attendance at the conference. Plaintiff's institution of confinement shall make Plaintiff available for the conference at the date and time indicated above. Prior to the conference, defense counsel shall confirm with Plaintiff's institution of confinement that arrangements have been made for Plaintiff's attendance; and

3. The Clerk of Court is directed to serve a copy of this order on: Stanley Silver, 444 S Brand Blvd #203, San Fernando, CA 91340-3619.

IT IS SO ORDERED.

Dated: **September 5, 2018**            /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE