UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA




| | |
|---|---|
| MARIO AMADOR GONZALEZ, | CASE NO. 1:16-cv-01675-DAD EPG PC |
| Plaintiff, | ORDER NO LONGER REQUIRED FOR SETTLEMENT CONFERENCE |
| v. | |
| DR. SCHARFFENBERG, et. al. | |
| Defendants. | |

Settlement Conference as to Mario Amador Gonzalez, AG-7688, has been concluded and can be returned to his permanent housing unit.

It is so ORDERED.

DATED: December 4, 2018

SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

1