# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO AMADOR GONZALEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>DR. SCHARFFENBERG and R.N. S. SOTO,<br><br>    Defendants. | Case No. 1:16-cv-01675-DAD-EPG (PC)<br><br>ORDER GRANTING IN PART DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF NO. 165) |

    On February 5, 2019, Defendants filed a request for an extension of time to file their pretrial statement. (ECF No. 103). As there is a pending motion for summary judgment, Defendants ask that they be given two weeks from the date of the District Court's order on the motion for summary judgment to file their pretrial statement.

    The Court finds good cause to grant Defendants' motion in part. Defendants will be given two weeks from the date this Court issues its findings and recommendations on the motion for summary judgment to file their pretrial statement. The Court notes that, after the findings and recommendations are issued, Defendants may request a further extension of time with the benefit of those findings and recommendations.

    Accordingly, IT IS ORDERED that Defendants have fourteen days from the date this Court issues its findings and recommendations on the motion for summary judgment to file their pretrial statement.

IT IS SO ORDERED.

Dated:   **February 5, 2019**　　　　　　　／s／ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1