UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 09 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARIO AMADOR GONZALEZ,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>SCHARFFENBERG, Dr. and S. SOTO, R.N.,<br><br>        Defendants - Appellees,<br><br> and<br><br>SOTO; et al.,<br><br>        Defendants. | No. 19-17200<br><br>D.C. No. 1:16-cv-01675-DAD-EPG<br>U.S. District Court for Eastern California, Fresno<br><br>**MANDATE** |

The judgment of this Court, entered December 18, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7